IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Greater Pittsburgh Social Club,      :
                    Appellant      :
     :
          v.      :
     :
Pennsylvania Liquor Control      :
Board      :             No. 37 C.D. 2015

**O R D E R**

NOW, November 16, 2015, having considered appellant's application for reargument *en banc* and appellee's response thereto, the application is denied.

_____
DAN PELLEGRINI,
President Judge